UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-23384-KMM

ELIZABETH RITCEY,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

## JOINT MOTION TO RESCHEDULE MEDIATION

Plaintiff, ELIZABETH RITCEY ("Plaintiff") and Defendant, NCL (BAHAMAS) LTD. ("Norwegian" and/or "Defendant"), by and through their undersigned attorneys, and pursuant to the applicable Federal Rules of Civil Procedure, hereby file their Joint Motion to Reschedule Mediation, and in support thereof, state as follows:

1. This is a maritime personal injury action brought by Plaintiff, Elizabeth Ritcey, a passenger onboard the Norwegian *Gem*, who alleges that she tripped and fell in her stateroom on September 18, 2022. [D.E. 1, p. 2].

2. The parties mediated the instant matter on October 9, 2024, and have continued to engage in settlement discussions after the mediation. The parties currently have a second mediation scheduled for March 5, 2025 with Robert Kirk at Foreman Friedman, P.A., One Biscayne Tower, Suite 2630, 2 South Biscayne Boulevard, Miami, FL 33131. Plaintiff is currently permitted to

appear at mediation virtually, but all other parties, including Plaintiff's counsel and Defendant's counsel, are required to be physically present at the March 5th mediation. [D.E. 36]; [D.E. 27].[1]

3.   On December 10, 2024, this Honorable Court granted the parties leave to file cross-motions for partial summary judgment on the application of the Athens Convention, making same due on January 9, 2025 and staying all discovery and pretrial deadlines until the cross-motions for partial summary judgment have been adjudicated. [D.E. 38]. The March 5, 2025, mediation was scheduled prior to the parties being permitted to file their cross-motions for partial summary judgment.

4.   Both parties have filed and briefed their respective motions for partial summary judgment and accompanying statements of facts in support thereof.

5.   The parties respectfully submit that rescheduling mediation until after the Court has had an opportunity to rule on their respective motions for partial summary judgment will aid the parties in reaching a potential resolution.

6.   Based on the above, the parties respectfully request that this Honorable Court permit the parties to reschedule the March 5, 2025 mediation to June 25, 2025.

7.   This Honorable Court has the authority to grant the instant motion. *See Smith v Psychiatric Solutions, Inc*., 750 F. 3d 1253, 1262 (11th Cir. 2014) ("District Courts have 'unquestionable' authority to control their own dockets…this authority includes 'broad discretion in deciding how best to manage the cases before them'"); *Chudasama v. Mazda Motor Corp*., 123 F.3d 1353, 1366 (11th Cir.1997) ("District courts enjoy broad discretion in deciding how to best manage the cases before them"); *United States v. McCutcheon*, 86 F.3d 187, 190 (11th Cir. 1996) (noting the "broad discretion which is allowed a trial court to manage its own docket"); *Johnson v. Bd. of Regents of*

---

[1] The Court previously entered an Order allowing Plaintiff to appear at mediation telephonically but requiring all other parties, including Plaintiff's counsel, to be physically present at the mediation. [D.E. 27].

*Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Sosa v. Airprint Sys., Inc*., 133 F.3d 1417, 1418 (11th Cir. 1998) (scheduling orders may be modified only "upon a showing of good cause.").

8.  The parties respectfully submit that good cause exists to reschedule the mediation to June 25, 2025.

9.  No prejudice will be sustained by granting the instant motion.

10. Undersigned counsel respectfully submit that the requested relief is made in good faith and not for purpose of undue delay.

11. A proposed Order granting the instant motion is attached hereto as Exhibit "A."

WHEREFORE, the parties respectfully request this Honorable Court enter an Order granting the instant Motion and rescheduling mediation from March 5, 2025 to June 25, 2025 with mediator Robert Kirk.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel hereby certify that they conferred prior to filing the instant motion and are in agreement with the requested relief.

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

BY: */s/    Michael C. Gordon*
Jeffrey E. Foreman, Esq.
Florida Bar No. 0240310
jforeman@fflegal.com
Michael C. Gordon, Esq.
Florida Bar No. 149284
mgordon@fflegal.com
Jacob M. Foreman, Esq.
Florida Bar No. 1030896
jforeman@fflegal.com
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-358-6555

Fax: 305-374-9077
*Attorneys for Defendant*

and

**LIPCON, MARGULIES, &
WINKLEMAN, P.A.**

BY: */s/     Brandon P. Volk*
Michael Winkleman, Esq.
Florida Bar No. 36719
mwinkleman@lipcon.com
Jacqueline Garcell, Esq.
Florida Bar No. 104358
jgarcell@lipcon.com
Brandon P. Volk
Florida Bar No. 1019012
bvolk@lipcon.com
2800 Ponce de Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

BY: */s/Michael C. Gordon*
Michael C. Gordon, Esq.

**SERVICE LIST**

Michael Winkleman, Esq.
mwinkleman@lipcon.com
Jacqueline Garcell, Esq.
jgarcell@lipcon.com
Brandon P. Volk, Esq.
bvolk@lipcon.com
LIPCON, MARGULIES,
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
oordaz@fflegal.com
pcampo@fflegal.com
Jacob M. Foreman, Esq.
jmforeman@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*